IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TODD LAUSTER,                              )
                                          )
              Plaintiff,                   )
                                          )
       vs.                                 )        CIVIL NO. 15-cv-1134-JPG-CJP
                                          )
NANCY A. BERRYHILL,                        )
                                          )
              Defendant.                   )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Todd Lauster and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:  February 8, 2017**


**JUSTINE FLANAGAN**
**Acting Clerk of Court**

**BY:   s/Tina Gray**
        **Deputy Clerk**


**APPROVED:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**