IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TODD LAUSTER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 15-cv-1134-JPG-CJP |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

Before the Court is the parties' Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Doc. 25). The parties have agreed that plaintiff is entitled to an award of attorney's fees and expenses in the amount of $6,925.20, with no additional amount for costs.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate.

The parties' Stipulation for Attorney Fees Pursuant to the EAJA (Doc. 25) is **GRANTED**. The Court awards plaintiff Todd Lauster the sum of **$6,925.20** (six thousand, nine hundred twenty-five dollars and twenty cents) for attorney's fees pursuant to the EAJA. These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

**IT IS SO ORDERED.**
**DATE: May 3, 2017**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**